UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| RICHARD SCOTT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 10-CV-25-DRH |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| LLC ) | |
| ) | |
| Defendant. ) | |

NOTICE OF VOLUNTARY DISMISSAL

NOTICE OF VOLUNTARY DISMISSAL

RICHARD SCOTT (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant), in this case.

DATED:  February 18, 2010          KROHN & MOSS, LTD.

                                   By:____/s/ Gregory Moss_____
                                       [ ]Gregory Moss
                                       Attorneys for Plaintiff
                                       Krohn & Moss, Ltd.
                                       10474 Santa Monica Blvd, Suite 401
                                       Los Angeles, CA 90025