**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**RICHARD SCOTT**

    **Plaintiff,**

**v.**

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

    Defendant.                                        Case No. 10-CV-025-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court on plaintiff's notice of voluntary dismissal.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the above Notice filed on February 18, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.----------------------------------------------------------------------

                                         **NANCY J. ROSENSTENGEL,
CLERK OF COURT**


                                      **BY:**      /s/*Sandy Pannier*
                                                       **Deputy Clerk**

Dated: February 19, 2010


APPROVED:  /s/ *David R Herndon*
              CHIEF JUDGE
              U. S. DISTRICT COURT